EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2005

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>KURT NAKAYA,<br><br>              Defendant. | CR. NO. CR05-00359 JMS<br><br>INDICTMENT<br><br>[26 U.S.C. § 5861(d)] |

INDICTMENT

UNREGISTERED SHORTENED FIREARM

The Grand Jury charges:

On or about August 5, 2005, in the District of Hawaii, KURT NAKAYA knowingly possessed in and affecting commerce a firearm, to wit, a J.C. Higgins, model 101.40, .12 gauge shotgun, serial number TY32, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was

not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

DATED: September 1, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO
United States Attorney

_____
RONALD G. JOHNSON
Chief, Major Crimes

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Kurt Nakaya
Indictment
Cr. No.