PETER C. WOLFF, JR.        #2332
Federal Public Defender
District of Hawai'i
LORETTA A. FAYMONVILLE     #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
KURT NAKAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00359 JMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | ALLOW TRAVEL TO KAUAI |
| vs. ) | |
| ) | |
| KURT NAKAYA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

G:\docs\starr\CRIM ORDERS\Nakaya Stip to Travel.wpd

**STIPULATION AND ORDER TO ALLOW TRAVEL TO KAUAI**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant KURT NAKAYA, be allowed to travel from Oahu to Kauai to visit with his family.  Mr. Nakaya will be staying with his sister, Phyllis Okada, at her residence at 4515 Akepa Street, Kekaha, Kauai, Hawai'i.  Mr. Nakaya will be leaving on Mahoney Hale at 12:00 p.m. on Friday,

January 20, 2006, and will be returning on Monday, January 23, 2006 by 12:00 p.m..  He will contact his pretrial officer upon his arrival on Kauai and upon his return to Honolulu.  All other conditions of pretrial release to remain the same.

    IT IS SO STIPULATED:

    DATED:   Honolulu, Hawai'i, January 13, 2006.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
KURT NAKAYA

    /s/ Loretta Sheehan
LORETTA SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

    /s/ Carolyn Hall
CAROLYN HALL
Pretrial Services Officer

    IT IS APPROVED AND SO ORDERED:

    DATED:   Honolulu, Hawai'i, January 18, 2006.



Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES v. KURT NAKAYA
CR. NO. 05-00359 JMS, STIPULATION AND ORDER TO ALLOW TRAVEL TO KAUAI