PETER C. WOLFF, JR.          #2332
Federal Public Defender
District of Hawaii
LORETTA A. FAYMONVILLE       #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
KURT NAKAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00359 JMS |
| ) | |
| Plaintiff, ) | SECOND STIPULATION AND |
| ) | ORDER TO ALLOW TRAVEL TO |
| vs. ) | KAUAI |
| ) | |
| KURT NAKAYA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SECOND STIPULATION AND
 ORDER TO ALLOW TRAVEL TO KAUAI**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the Defendant KURT NAKAYA, be allowed to travel from

Oahu to Kauai for a family visit.  Mr. Nakaya will be staying with his

sister, Phyllis Okada, at her residence at 4515 Akepa Street, Kekaha, Kauai,

Hawaii.  Mr. Nakaya will be leaving on the first flight out to Kauai on Wednesday, January 25, 2006, and will be returning on Friday, January 27, 2006 by 12:00 p.m..  He will contact his pretrial officer upon his arrival on Kauai and upon his return to Honolulu.  All other conditions of pretrial release to remain the same.

  IT IS SO STIPULATED:

  DATED:  Honolulu, Hawaii, January 20, 2006.

        /s/ Loretta A. Faymonville
        LORETTA A. FAYMONVILLE
        Attorney for Defendant
        KURT NAKAYA

        /s/ Loretta Sheehan
        LORETTA SHEEHAN
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

        /s/ Carolyn Hall
        CAROLYN HALL
        Pretrial Services Officer

  IT IS APPROVED AND SO ORDERED:

  DATED:  Honolulu, Hawaii, <u>January 24, 2006.</u>



        Leslie E. Kobayashi
        United States Magistrate Judge

<u>UNITED STATES v. KURT NAKAYA</u>

3

CR. NO. 05-00359 JMS, STIPULATION AND ORDER TO ALLOW TRAVEL TO KAUAI

Case 1:05-cr-00359-JMS   Document 20   Filed 01/25/2006   Page 3 of 3