PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE      #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
KURT NAKAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00359 JMS-01 |
| Plaintiff, | RESPONSE TO DRAFT PRESENTENCE REPORT; |
| vs. | CERTIFICATE OF SERVICE |
| KURT NAKAYA, | DATE:     03/13/06 |
| | TIME:     2:15 p.m. |
| Defendant. | JUDGE:   J. Michael Seabright |

N:\LORI\CLIENTS\Nakaya_Kurt\PSI_response.wpd

**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, KURT NAKAYA, by and through counsel, LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, states that he has no proposed objections or modifications to the Draft Presentence Report.  Defendant

reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED:   Honolulu, Hawaii, February 7, 2006.

    /s/Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
KURT NAKAYA

In the United States District Court, for the District
of Hawaii, <u>United States v. Nguyen</u>, Cr. No. 05-00404HG-01
Response to Draft Presentence Report

## CERTIFICATE OF SERVICE

LORETTA A. FAYMONVILLE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on February 7, 2006:

LORETTA A. SHEEHAN     (Served Electronically through CM/ECF)
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

KEVIN TERUYA     (hand-delivered)
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

DATED: Honolulu, Hawaii, February 7, 2006.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
KURT NAKAYA