# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00359JMS-01 |
| CASE NAME: | United States of America vs. Kurt Nakaya |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| U.S.P.O: | Neal Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 3/13/2006 | TIME: | 2:15 - 2:45 |

COURT ACTION: Sentencing to Count 1 of the Indictment:

Defendant present with counsel Loretta Faymonville.

Imprisonment 18 months.

Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Page 2
Criminal 05-00359JMS-01
U.S.A. vs. Kurt Nakaya
March 13, 2006

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant participate in anger management treatment at the discretion and direction of the Probation Office.

11. That the defendant abide by all Court imposed fines and obligation Federal, State and local.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Defendants Oral Motion for Self Surrender GRANTED.

MITTIMUS: March 23, 2006 at 10:00 a.m.
Defendant to report to the U. S. Marshals Service in Honolulu, Hawaii.

Defendant to keep daily contact by telephone with Pretrial Services.

Defendant shall reside with his family on Kauai until the date of mittimus.

Submitted by:  Dottie Miwa, Courtroom Manager