IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00359 JMS |
| | ) |
| Plaintiff, | ) ORDER ALLOWING TRAVEL |
| | ) BEFORE SELF-SURRENDER |
| vs. | ) DATE |
| | ) |
| KURT NAKAYA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ALLOWING TRAVEL BEFORE SELF-SURRENDER DATE

On March 13, 2006, Defendant Kurt Nakaya was sentenced before this Court. Loretta A. Sheehan appeared on behalf of the United States and Loretta A. Faymonville appeared on behalf of and with Mr. Nakaya. Defendant requested that he be allowed to travel to Kauai and visit with his family before and up to his self-surrender date of March 23, 2006. Mr. Nakaya would be staying with his sister, Phyllis Okada, at her residence at 4515 Akepa Street, Kekaha,

//

//

Kauai.  He will thereafter return to Honolulu to self-surrender on March 23, 2006 at 10:00 a.m.

DATED: Honolulu, Hawaii, March 15, 2006.

_____
for   J. MICHAEL SEABRIGHT
United States District Court Judge
District of Hawaii

APPROVED AS TO FORM ONLY:

/s/ Loretta A. Sheehan
LORETTA A. SHEEHAN
Assistant United States Attorney

UNITED STATES v. NAKAYA, Cr. No. 05-00359 JMS
ORDER ALLOWING TRAVEL BEFORE SELF-SURRENDER DATE