# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00359JMS-01 |
| CASE NAME: | United States of America vs. Kurt Nakaya |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 1/28/2008 | TIME: | 3:30 - 3:40 |

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Loretta Faymonville.

Alleged Violation of Supervised Release #5 WITHDRAWN.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked continued to February 1, 2008 at 9:00 a.m

Submitted by: Dottie Miwa, Courtroom Manager