# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00359JMS-01 |
| CASE NAME: | United States of America vs. Kurt Nakaya |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| U.S.P.O: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 02/01/2008 | TIME: | 9:10 - |

## EVIDENTIARY HEARING - SUPERVISED RELEASE

COURT ACTION: Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Lori Faymonville.

Defendant admitted to alleged violations of supervised release #1 and denies #2, #3, #4.

CST: Derek Kim

Court finds probable cause as to alleged violations 2, 3, 4.

Evidentiary Hearing regarding Order to Show Cause Why Supervised Release Should Not Be Revoked set for February 26, 2008 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager