# MINUTES

CASE NUMBER:       CRIMINAL 05-00359JMS-01

CASE NAME:         United States of America vs. Kurt Nakaya

ATTYS FOR PLA:     Loretta A. Sheehan

ATTYS FOR DEFT:    Loretta A. Faymonville

U.S.P.O:           Derek M. Kim

---

JUDGE:    J. Michael Seabright         REPORTER:    Cynthia Fazio

DATE:     02/08/2008                   TIME:    1:40 - 2:10

---

COURT ACTION:  Evidentiary Hearing re: Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Lori Faymonville.

Defendant admitted to alleged violations  #1 and #2.

Alleged violation #4 withdrawn by the government.

Alleged violation #5 Dismissed.

As to alleged violation #3, the Court found that the offender refused to comply with drug testing that was part of his substance abuse treatment regimen on 11/14/2007.

Court revoked supervised release.

Imprisonment 1 months.  Supervised Release 35 months under the following conditions:

1.     That the defendant shall abide by the standard conditions of supervision.

2.     That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.     That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 05-00359JMS-01
U.S.A. vs. Kurt Nakaya
February 8, 2008

4.      That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.      That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.      That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Submitted by: Dottie Miwa, Courtroom Manager