**ORIGINAL**

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2008

at 8 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00359 JMS 01 |

KURT NAKAYA
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: J. Michael Seabright, United States District Judge | Date and Time<br>April 29, 2008 @ 9:30 a.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Show Cause hearing on why Supervision Should Not Be Revoked.

RECEIVED 2008 APR 17 AM 9:04 U.S. MARSHAL HONOLULU

_Sue Beitia_
Name and Title of Issuing Officer

(signature)
Signature of Issuing Officer/Deputy Clerk

April 16, 2008
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                                 CR 05-00359 JMS 01

## RETURN OF SERVICE

Service as made by me on:[1]                                   Date

_____

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____        _____ Mark M. Hanohano _____
                    Date                              Name of United States Marshal

                                              _____
                                              (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kurt Nakaya
   4603 Menehune Road
   Waimea, HI  96796

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2560 0000 9249 8764

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Department of Justice**

United States Marshals Service
District of Hawaii

300 Ala Moana Boulevard, C-101
Honolulu, HI 96850

Official Business
Penalty for Private Use $300

U.S. POSTAGE $05.55 APR 17 2008 MAILED FROM ZIP CODE 96850

CERTIFIED MAIL

7007 2560 0000 9249 8764

KURT NAKAYA
4603 Menehune Road
Waimea, HI  96796

☐ Unclaimed
☐ Moved Left No Address
☐ Unclaimed
☐ Refused
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

**RETURN RECEIPT REQUESTED**

