# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00359JMS-01 |
| CASE NAME: | United States of America vs. Kurt Nakaya |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Donna M. Gray |
| U.S.P.O: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Lisa Groulx |
| DATE: | 04/29/2008 | TIME: | 10:15 - 10:18 |

COURT ACTION: Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant not present.

Court ordered Bench Warrant to be issued at 12:00 noon today.

Submitted by: Dottie Miwa, Courtroom Manager