# MINUTES

CASE NUMBER: CRIMINAL 05-00359JMS-01

CASE NAME: United States of America vs. Kurt Nakaya

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Donna Gray

U.S.P.O: Derek Kim

JUDGE: J. Michael Seabright    REPORTER: Lisa Groulx

DATE: 04/30/2008    TIME: 9:35 - 9:55

COURT ACTION: Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present with counsel Donna Gray.

BW rescinded by Court.

Defendant admitted Alleged Violation of Supervised Release #1.

Allocution by the defendant.

Court will not take any action today and will hold decision in abeyance.

Submitted by: Dottie Miwa, Courtroom Manager