AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00359 JMS-01 |
| KURT NAKAYA | |
| (Name and Address of Defendant) | |

**SEALED BY ORDER OF THE COURT**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KURT NAKAYA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at 9 o'clock and 05 min A M
SUE BEITIA, CLERK

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | MAY 16, 2008 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL WARRANT    By: J. Michael Seabright, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI.

| Date Received 5/16/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 5/27/08 | | |