# MINUTES

CASE NUMBER:     CRIMINAL 05-00359JMS-01

CASE NAME:     United States of America vs. Kurt Nakaya

ATTYS FOR PLA:     Loretta A. Sheehan

ATTYS FOR DEFT:     Donna Gray

INTERPRETER:

JUDGE:     J. Michael Seabright          REPORTER:     Gloria Bediamol

DATE:     05/29/2008                     TIME:         10:50 - 11:05

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Donna Gray.

Order to Show Cause why Supervised Release Should Not Be Revoked continued to Wednesday, June 4, 2008 at 10:45 p.m.

Counsels to file memo regarding whether admission to drug use is sufficient for a finding of a violation of supervised release by Tuesday, June 3, 2008.

Submitted by:   Dottie Miwa, Courtroom Manager