# MINUTES

CASE NUMBER:        CRIMINAL 05-00359JMS-01

CASE NAME:        United States of America vs. Kurt Nakaya

ATTYS FOR PLA:      Loretta A. Sheehan

ATTYS FOR DEFT:    Donna M. Gray

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 06/04/2008 | TIME: | 10:50 - 11:20 |

COURT ACTION:  Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Donna M. Gray.

Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked continued to Thursday, June 5, 2008 at 10:30 a.m.

Submitted by: Dottie Miwa, Courtroom Manager