# MINUTES

CASE NUMBER:        CRIMINAL 05-00359JMS-01

CASE NAME:          United States of America vs. Kurt Nakaya

ATTYS FOR PLA:      Loretta A. Sheehan

ATTYS FOR DEFT:     Donna M. Gray

INTERPRETER:

JUDGE:   J. Michael Seabright        REPORTER:   Ann Matsumoto

DATE:    06/13/2008                  TIME:       10:55 - 11:00

COURT ACTION:  Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Donna Gray.

Defendant will report to the Salvation Army Adult Rehabilitation Center on June 16, 2008.

Ordered that the U. S. Marshals bring defendant back to the Courthouse on June 16, 2008

Court will hold all matters in abeyance.

Ms. Gray to prepare Order.

Submitted by:  Dottie Miwa, Courtroom Manager