PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY       #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    donna_gray@fd.org

Attorney for Defendant
KURT NAKAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00359 JMS |
| | ) |
| Plaintiff, | ) ORDER AMENDING CONDITIONS |
| | ) OF SUPERVISED RELEASE |
| vs. | ) |
| | ) |
| KURT NAKAYA, | ) |
| | ) |
| Defendant. | ) |

## ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE

       IT IS HEREBY ORDERED that Kurt Nakaya's terms of Supervised

Release be amended to add a special condition that he participate in The Salvation

Army Adult Rehabilitation Center's 180-day residential drug treatment program in Honolulu, Hawaii.

This Court had previously ruled at an Order to Show Cause Why Supervised Release Should Not Be Revoked hearing held on April 30, 2008, that any decision to take action on Mr. Nakaya's admission to violating his terms of Supervised Release be held in abeyance while Mr. Nakaya participated in drug treatment on the Island of Kauai.

Based on the fact that Mr. Nakaya has now been evaluated by and accepted into The Salvation Army Adult Rehabilitation Center's residential drug treatment program in Honolulu, this Court will continue to hold in abeyance any decision to take action on the previously ruled upon violations of Supervised Release and will allow Mr. Nakaya to be released from custody and returned to Supervised Release status in order to participate in the treatment program.

ACCORDINGLY IT IS HEREBY ORDERED THAT Kurt Nakaya be released from custody by the U.S. Marshals Office at 10:00 a.m. on Monday, June 16, 2008, to a representative of the Office of the Federal Public Defender to be escorted to The Salvation Army Adult Rehabilitation Center located at 322 Sumner Street, Honolulu, Hawaii, 96817.  Mr. Nakaya shall remain in treatment at

The Salvation Army Adult Rehabilitation Center until he has completed the 180-day residential phase of the program.

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 16, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

APPROVED AS TO FORM ONLY:

　/s/ Loretta A. Sheehan　
LORETTA A. SHEEHAN
Assistant United States Attorney

*United States v. Kurt Nakaya*
Cr. No. 05-00359 JMS
ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE